## In re ASSESSMENT OF CHICKASHA MILLING CO.

No. 10641—Opinion Filed Nov. 9, 1920.

Rehearing Denied Jan. 7, 1921.

Error from District Court, Grady County; Will Linn, Judge.

Action to determine the valuation of corporate property of the Chickasha Milling Company for taxation purposes. Reversed and remanded.

Wm. Stacy, for Grady County.

Bond, Melton & Melton, for the Chickasha Milling Company.

James B. Diggs, Rush Greenslade, and C. C. Herndon, amici curiae.

HIGGINS, J. This is a companion case to In re Assessment of Chickasha Cotton Oil

Company, this day rendered. The two cases have been consolidated in this court and the facts and law applicable to the facts are similar in each case. The case is reversed and remanded for the reason set forth in the opinion in the above case.

Reversed and remanded.

RAINEY, C. J., HARRISON, V. C. J., and PITCHFORD, JOHNSON, McNEILL, and COLLIER, JJ., concur.